UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VIVIEN FINCH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>US ATTORNEY GENERAL,<br><br>　　　　　　　　　　Defendant. | Case No. 3:25-CV-00494-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO CORRECT DEFENDANT**<br><br>[ECF No. 9] |

　　　　Before the Court is Plaintiff Vivien Finch's ("Finch") motion for leave to correct defendant, which includes an attached amended complaint. (ECF No. 9.) Specifically, Plaintiff seeks to amend the complaint to name the "United States of America" in place of the "US Attorney General." For the reasons stated below, the Court grants Finch's motion for leave to correct defendant. (ECF No. 9.)

　　　　Federal Rule of Civil Procedure 15(a)(1) allows a plaintiff the right to amend once as a matter of course within 21 days of service of the complaint, or within the earlier of 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f). Otherwise, amendment is allowed only with the opposing party's written consent or with leave of court. Fed. R. Civ. P. 15(a)(2).

　　　　In this instance, Finch filed her complaint on September 10, 2025. (ECF No. 1). Finch filed the instant motion on November 7, 2025. (ECF No. 9.) However, the complaint was not served on any defendant until November 20, 2025. (ECF No. 12.) Therefore, Finch's motion was filed within the time frame prescribed by Rule 15(a)(1) to amend her complaint as a matter of right and the motion must be granted.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Finch's motion to correct defendant, (ECF No. 9), is **GRANTED**.

**IT IS FURTHER ORDERED** that Finch shall file her amended complaint within 7 days of the entry of this order.

**DATED**: December 8, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**