TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Vivien Finch,<br><br>         Plaintiff,<br><br>     vs.<br><br>The United States of America,<br><br>         Defendant. | Case No. 3:25-cv-00494-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>[ECF No. 16] |

Plaintiff Vivien Finch ("Plaintiff"), pro per, and the United States of America ("Federal Defendant"), through undersigned counsel, hereby stipulate and agree that the time for Federal Defendant to respond to Plaintiff's complaint shall be extended from **January 20, 2026, up to and including March 23, 2026.**

1. Plaintiff filed the Complaint on September 10, 2025. (ECF No. 1).

2. Plaintiff served the United States with the Summons and Complaint on November 20, 2025.

3. Plaintiff filed a First Amended Complaint on December 15, 2026. (ECF No. 15). Federal Defendant has not been served with the First Amended Complaint.

4. The current deadline for the United States to respond to the Plaintiff's Complaint is January 20, 2026, based on the service date of the Complaint. (ECF No. 1).

Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to the Plaintiff's Complaint shall be extended to March 23, 2026. This is the first request for extension of time.

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 20th day of January 2026.

/s/ Vivien Finch
Vivien Finch
*Pro Se Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
Acting United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** January 21, 2026 _____

_____
UNITED STATES MAGISTRATE JUDGE

2